UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------

| | |
|---|---|
| CONINA WEST, : | |
| : | CASE NO. 1:14-CV-00672 |
| Plaintiff, : | |
| : | |
| v. : | OPINION & ORDER |
| : | [Resolving Docs. 1, 19] |
| COMMISSIONER OF SOCIAL : | |
| SECURITY ADMINISTRATION, : | |
| : | |
| : | |
| Defendant. : | |

-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On February 3, 2015, Magistrate Judge James R. Knepp, II, recommended that the Court affirm the Commissioner of Social Security's denial of supplemental security income benefits to Plaintiff Conina West.[1]  West has not filed any objection to the Report and Recommendation.  The Court **ADOPTS** the Magistrate Judge's Report and Recommendation and **AFFIRMS** the Commissioner's decision.

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a Report and Recommendation to which the parties have made an objection.[2]  Parties must file any objections to a Report and Recommendation within fourteen days of service.[3]  Failure to object within that time waives a party's right to appeal the Magistrate Judge's

---

[1] Doc. 19.
[2] 28 U.S.C. § 636(b)(1).
[3] N.D. Ohio L.R. 72.3(b).

Case No. 1:14-CV-00672
Gwin, J.

recommendation.[4] Absent objection, a district court may adopt the Magistrate Judge's report without review.[5] Moreover, having conducted its own review of the complaint[6] and briefing,[7] the Court agrees with the conclusions of the Magistrate Judge.

Accordingly, the Court **ADOPTS** Magistrate Judge Knepp's findings of fact and conclusions of law and incorporates them fully herein by reference. The Court **AFFIRMS** the Commissioner's decision.

IT IS SO ORDERED.


Dated: February 18, 2015                    s/        *James S. Gwin*
                                            JAMES S. GWIN
                                            UNITED STATES DISTRICT JUDGE

---

[4] *Id.*; *see* Thomas v. Arn, 474 U.S. 140, 145 (1985); United States v. Walters, 638 F.2d 947, 949-50 (6th Cir. 1981).

[5] *Thomas*, 474 U.S. at 149.

[6] Doc. 1.

[7] Docs. 15, 18 (Plaintiff West's briefing); Doc. 17 (Commissioner's briefing).